In the Matter of the Application of MYRA EDITH KEATON for Payment of an Award for Damage Parcel No. 41 in the Damage Map under the Decree of the Court in the Proceeding to Acquire Title by the CITY OF NEW YORK to Certain Lands and Premises Consisting of a Block Bounded by Coney Island Avenue, Avenue Z, East Seventh Street and Manor Court, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.